H. HUME MATHEWS v.
JERSEY CENTRAL POWER AND LIGHT COMPANY.

January 29, 1975.  Petition for certification denied.

ROBERT NADOLSKI v.
METROPOLITAN PETROLEUM COMPANY.

January 29, 1975.  Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL L. FINIGAN.

January 29, 1975.  Petition for certification denied.

STATE OF NEW JERSEY v. ERIC GRAY.

January 29, 1975.  Petition for certification denied.

JOSEPH PETERS v. CITY OF TRENTON.

January 29, 1975.  Petition for certification denied.

AVERY VAN DOREN v. HERBERT POSNER.

January 29, 1975.  Petition for certification denied.